# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JUANITA SIMMONS                                           Case Number: 05-70970
        1920 LOOMIS STREET
        ROCKFORD, IL  61102                SSN-xxx-xx-4357

                                                          Case filed on:        3/8/2005
                                                          Plan Confirmed on:    5/13/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $57,728.83         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIFINANCIAL MORTGAGE COMPANY | 0.00 | 0.00 | 27,300.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 27,300.00 | 0.00 |
| 000 | ATTORNEY DONALD P SULLIVAN | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 999 | JUANITA SIMMONS | 0.00 | 0.00 | 1,028.83 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,028.83 | 0.00 |
| 002 | CITIFINANCIAL MORTGAGE COMPANY | 16,517.46 | 16,517.46 | 16,517.46 | 0.00 |
| 003 | JP MORGAN CHASE BANK NA/BANK ONE | 3,086.47 | 3,086.47 | 3,086.47 | 439.52 |
| 004 | LCS | 483.47 | 483.47 | 483.47 | 74.53 |
| 016 | VAUGHN'S TV & APPLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 20,087.40 | 20,087.40 | 20,087.40 | 514.05 |
| 003 | JP MORGAN CHASE BANK NA/BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | LCS | 15.19 | 0.00 | 0.00 | 0.00 |
| 005 | ROCKFORD MERCANTILE AGENCY INC | 3,429.74 | 3,429.74 | 677.89 | 0.00 |
| 006 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CITICORP CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | FORD MOTOR CREDIT | 11,677.30 | 11,677.30 | 2,308.01 | 0.00 |
| 011 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | LAKE STATES INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CHECK IT | 53.64 | 53.64 | 10.60 | 0.00 |
|  | Total Unsecured | 15,175.87 | 15,160.68 | 2,996.50 | 0.00 |
|  | Grand Total: | 37,463.27 | 37,448.08 | 53,612.73 | 514.05 |

Total Paid Claimant:        $54,126.78
Trustee Allowance:          $3,602.05         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     19.76             discharging the trustee and the trustee's surety from any and all
                                              liablility on account of the within proceedings, and closing the estate,
                                              and for such other relief as is just.  Pursuant to FRBP, I hereby
                                              certify that the subject case has been fully administered.

Report Dated:

                                               /s/ Lydia S. Meyer
                                              Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 09/26/2008          By   /s/Heather M. Fagan